UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY VIDEO OR**
**TELE CONFERENCE**

-against-

**20 MAG 08655**

CHRISTINE KELLY,

Defendant.

-----------------------------------------------------------------X

Defendant ___CHRISTINE KELLY_____ hereby voluntarily consents to
participate in the following proceeding via _✓_ videoconferencing or _✓_ teleconferencing:

_✓_   Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
       Indictment Form)

_✓_   Bail/Detention Hearing

___   Conference Before a Judicial Officer


___s/ Christine Kelly_, by the Court, w/permission        ___s/ Sylvie Levine_, by the Court, w/permission
Defendant's Signature                                      Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

___CHRISTINE KELLY_____                             ___SYLVIE LEVINE_____
Print Defendant's Name                                    Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

___AUGUST 25, 2020___
Date                                                      U.S. District Judge/U.S. Magistrate Judge