UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America<br><br>v.<br><br>Christine Kelly,<br><br>                    *Defendant*. | **Deferred Prosecution Agreement**<br><br>20 Mag. 8655 |

TO: CHRISTINE KELLY

      On August 14, 2020, a United States Magistrate Judge in the Southern District of New York issued a Complaint charging you with three counts of cyberstalking, in violation of Title 18, United States Code, Sections 2261A(2) and 2.  However, after a thorough investigation it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District.  Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of this agreement for the period of fifteen months from the signing of this agreement, with the possibility of early termination after a period of twelve months from the signing of this agreement, at the discretion of the United States Attorney.  The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

    (1) You shall refrain from violation of any law (federal, state and local).  You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

    (2) You shall associate only with law-abiding persons.

    (3) You shall work regularly at a lawful occupation and/or regularly attend school and support your legal dependents, if any, to the best of your ability.  When out of work or not attending school you shall notify your supervising U.S. Pretrial Services Officer at once.  You shall consult him or her prior to job and school changes.

    (4) Your travel is restricted to the Northern District of Illinois and the Eastern District of Wisconsin.  All other travel must be approved in advance by Pretrial Services.

    (5) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence.

    (6) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

    (7) You shall report to your supervising U.S. Pretrial Services Officer as directed.

As a further condition you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or mental health provider, to the U.S. Pretrial Services Officer supervising your case, of such medical and treatment records as may be requested by the U.S. Pretrial Services Officer to evaluate deferral of prosecution in this case.  You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

Special conditions are as follows:

(1) You shall submit to a mental health evaluation and treatment as directed by your U.S. Pretrial Services Officer.

(2) You shall take any prescribed medications in accordance with the instructions of your mental health treatment provider(s).

(3) You shall not use devices capable of connecting to the Internet, with exceptions for medical or other specific identifiable needs in the discretion of your U.S. Pretrial Services Officer.

(4) You shall have no contact with the following victims and witnesses in this case, including directly causing or encouraging anyone else to contact such victims and witnesses, except with the permission of your U.S. Pretrial Services Officer:

    a. Abloh, Virgil
    b. Braun, Scooter
    c. Dezzutti, Anthony
    d. Dezzutti, Brianne
    e. Dezzutti, Terry
    f. Jasper, Ibn
    g. Johnson, Mark
    h. Macklovitch, Alain ("DJ A-Trak")
    i. Margulis, Arianna
    j. Nguyen Romulus, Tracy
    k. Rutberg, Daniel
    l. Rutberg, Elon
    m. Rutberg, Joan
    n. Rutberg, Ron
    o. Sabbat, Luka
    p. Seekings, Mark
    q. Sterk, Kevin
    r. West, Kanye
    s. Wong, Jenn
    t. Alison Brod employees
    u. Bertelsmann employees
    v. CAA employees
    w. Elite World employees

07.29.2012

      x. Kanye West employees
      y. Kiehls employees
      z. L'Oreal employees
     aa. Make-a-Wish employees
     bb. Penguin Group or Penguin Random House employees
     cc. Planned Parenthood employees
     dd. The Society Management employees
     ee. Thompson Literary employees

       The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should the United States Attorney, in his or her sole discretion, deem such action advisable.

       If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions applicable to your deferred prosecution, no further prosecution will be instituted in this District for the above offense.

Dated: New York, New York
       May 4, 2021

                        AUDREY STRAUSS
                        United States Attorney for the
                        Southern District of New York

             By:    /s/_____
                     Kaylan E. Lasky
                     Assistant United States Attorney
                     Tel.: 212-637-2315

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§3161 et seq., and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
       May 13, 2021

/s/ Sylvie Levine
_____
Sylvie Levine, Esq.
Attorney for Defendant

/s/ Christine Kelly
_____
Christine Kelly
Defendant

Pursuant to 18 U.S.C. §3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this agreement is hereby approved.

Dated: New York, New York
       May 14, 2021

_____
United States Magistrate Judge

The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
       May 14, 2021

*Francesca Tessier-Miller, USPSO*
_____
~~Courtney DeFeo~~
United States Pretrial Services Officer

07.29.2012