# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
United States District Court
Southern District of New York

Mag. Dkt. No. **20 Mag. 8655**

USAO No. **2019R01342**

Date **08/08/2022**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint     ☐ Removal Proceedings in

United States v. **Christine Kelly**

The Complaint/Rule 40 Affidavit was filed on **8/14/2022**

*U.S. Marshals please withdraw warrant*

**KAYLAN LASKY**
Digitally signed by KAYLAN LASKY
Date: 2022.08.05 13:51:25 -04'00'

ASSISTANT UNITED STATES ATTORNEY
(handwritten or digital signature)

**Kaylan Lasky**
(print name if signature handwritten)

**SO ORDERED:**

DATE: 8/8/2022

UNITED STATES MAGISTRATE JUDGE